This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-38061**

**PIERRE AMESTOY and LESLIE AMESTOY,**

      Petitioners-Appellants,

v.

**STATE OF NEW MEXICO RACING COMMISSION; Ray Willis, Chair; Gayla D. McCulloch, Vice-Chair; Leonard Blach; Jerry Cosper; and Ken Corazza,**

      Respondents-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Victor S. Lopez, District Judge**

The Alarid Law Firm, P.C.
Camille Cordova
Albuquerque, NM

for Appellants

Hector H. Balderas, Attorney General
Delilah Tenorio, Assistant Attorney General
Santa Fe, NM

for Appellee New Mexico Racing Commission

Ray Willis
Albuquerque, NM

Pro Se Appellee

Gayla D. McCulloch
Albuquerque, NM

Pro Se Appellee

Leonard Blach
Albuquerque, NM

Pro Se Appellee

Jerry Cosper
Albuquerque, NM

Pro Se Appellee

Ken Corazza
Albuquerque, NM

Pro Se Appellee

## MEMORANDUM OPINION

**VARGAS, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}    IT IS SO ORDERED.**

**JULIE J. VARGAS, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**KRISTINA BOGARDUS, Judge**